IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> THE E COMPANY, a dissolved Illinois corporation, T & W EDMIER CORP, a dissolved Illinois corporation, EDMIER CORP, an Illinois corporation K. EDMIER & SONS, LLC, an Illinois limited liability company, THOMAS W. EDMIER, individually, <br><br> Defendants. | No. 2015 C 10323 <br><br> Judge Durkin <br><br> Magistrate Finnegan |

MOTION FOR LEAVE TO ELECTRONICALLY FILE NOTICE OF LIS PENDENS

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, through its attorneys, ARNOLD AND KADJAN, LLP for its Motion for Leave to Electronically File Notice of Lis Pendens, states as follows:

1. Plaintiff filed this action on November 13, 2015 for withdrawal liability.

2. Plaintiff has learned that the property located at 249 W. Lake Street, Elmhurst, Illinois is presently for sale. It is jointly owned by William Edmier and Thomas W. Edmier, a control group member, and who are Trustees of the William Edmier Trust and is a principal asset available to satisfy the withdrawal liability debt of $640,900.

3.  The DuPage County Recorder of Deeds would not accept a Notice of Lis Pendens because it was not filed with this Court first. A true and correct copy of the Notice is attached hereto as Exhibit A.

4.  Plaintiff has been informed by the Clerk of this Court that an Order is needed in order to accept the Notice for electronic filing, and for that reason this Motion is necessary.

WHEREFORE, Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND prays that this Court issue an Order directing the Clerk of this Court to accept for filing the Notice of Lis Pendens attached hereto as Exhibit A, and for such other and further relief as this Court deems just and proper.

>   TRUSTEES OF THE SUBURBAN TEAMSTERS OF
>   NORTHERN ILLINOIS PENSION FUND,
>   Plaintiff
>
>   By: _____
>   One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

2

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, ) ) ) | |
| Plaintiff, ) ) | No. 2015 C 10323 |
| v. ) ) | Judge Durkin |
| THE E COMPANY, ) a dissolved Illinois corporation, ) T & W EDMIER CORP, ) a dissolved Illinois corporation, ) EDMIER CORP, an Illinois corporation ) K. EDMIER & SONS, LLC, ) an Illinois limited liability company, ) THOMAS W. EDMIER, individually, ) ) | Magistrate Finnegan |
| Defendants. ) | |

## LIS PENDENS NOTICE

    I, the undersigned, do hereby certify that the above entitled cause was filed on November 13, 2015 and is now pending in the Court and that the property affected by the cause is described as follows:

LEGAL DESCRIPTION:   LOT 45 IN ELMHURST INDUSTRIAL PARK UNIT NO. 1, BEING A SUBDIVISION IN SECTIONS 26 AND 35, TOWNSHIP 40 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JANUARY 22, 1965 AS DOCUMENT R65-2240, IN DUPAGE COUNTY, ILLINOIS.
Permanent Index Number:  03-35-201-005-0000
Commonly known as: 249 W. Lake Street, Elmhurst, Illinois 60126-1506

                                                _____
                                                John J. Toomey

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois  60601
(312) 236-0415

                                      Date:

                                      Entered:

                                              _____
                                              JUDGE THOMAS M. DURKIN